

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 9 2023
CLERK, U.S. DISTRICT COURT
By ______ Deputy

Reginald Turner # [illegible]

VS. # The Northern

Wellpath Med. # Division of Texas

3-23CV0057-K

I, Reginald Turner, would like to file A Lawsuit in the United States District Court, Northern Division on the Wellpath Med. Co. I Am submitting A Partial statement of Facts on my case and would like the Court to send me A formal Application to Proceed in Pro Se Capacity until A lawyer is name to represent me either through hire or Appointment through the Courts I would Also like the Court to send me An In Forma Pauperis Application so that the Court can withdraw money from my personal Account here At

the Ellis County Detention Center.

## Statement OF Facts

On 10/18/22 I was walking through the Dayroom when I had A Nasty Slip and fall. Corporal Bias, Nurse Emily and Another came to my Dorm to Check on me. After noticing that I hit my Head on the concrete and landed on my back hurting my Head, back, Neck and Right Knee, Corporal Bias Asked ~~Nurse~~ Nurse Emily did she want him to call E.M.S. For some strange reason she said No, but orderded A Ice Pack for the Knot on my Head that was swelling. From that day 10/18/22 - 11/30/22 I havent seen the Doctor once and he comes ~~one~~ once A week here. My Injuries has been totally Ignored here by this Medical Staff, and they

has refused to give my Family the ~~number~~ number to the main company to see why are they refusing treatment to me.

Defendant pray's this lawsuit be filed in A timely manner so Justice in this matter is served.

Thank you
[signature]

Grievance 1 TK# iKnGoMo9kgTS

I wrote A Medical Kite on 10/21/22 in regards to my Slip and Fall on 10/18/22. Ms. Rachel (The Red Headed Nurse) Called me out that night on (10/21/22). She Stood over 10 Feet from me when I Arrived at Medical (The Distance From the Medical Door, to the Control Picket) and Stated, I had No symptoms For A Head Injury, Neck or Back Pain by the way I was speaking to her. I Asked her what About my Knee and She Said the Doctor precribed me An Anti-inflammatory pill. That was hardly An Exam For Someone who had A Slip and Fall Accident that Suffer's From Past Back, Neck, and Head Injury. I'm Having real bad pain's in my Head, Neck, and back Area's and Feel's Something was torn in my Knee From the Fall.

Grievance 1 - Answer Officer G. Flores

After Reviewing the incident, the Nurse was Able to speak with in regards to your Fall. Although you Feel you weren't treated properly, her Observation and interaction with you was reported in which it was determined that you would not be Sent to the Hospital to have your Head X-Rayed. their was No Findings that the Nurse did not perform her duties

Grievance 2 #TK-pO;G;wQIumLT

You must have different rules for different inmates, because when the White Inmate Fell, the Ems was called. The Ems was called forme but Nurse Emily told the Corporate to call them off. So A Black Inmate Head, Neck, back, and Knee insury Don't Matter? Especially when I have Documented Head, Neck and Back ~~Issues, +~~ insuries, the Medical Staff here knows About my missed Neurologist Appointmen in July for my Head Insury suffered in a wreck.

Response T. E Berhart

You were evaluted by the Nurse and it was determined you would not be sent to the Emergency Room.

Grievance 3 #TK-I6NK5sxYZIK5

I have repeatedly complained to medical about pains in my head, neck and back, and discomfort in my knee. Medical and A Grievance Officer have disputed my injuries, but I'm hurting and when the X-Ray was ordered on my knee by Mrs. Riley, who saw my knee was swollen, the X-Ray showed something was out of place. Since the fall on 10/18/22 till today 11/07/22 I still have yet to see the Doctor and he's been here 2 times since then. Medical Delayed by law, is the same as Medical Attention Denied

Responce G. Flores

Duplicate Grievance, Refer to respons of your previous Grieance

Grievance 4 #TK-FRLwGrri's6+TI

My Grievance was not A Duplicate Grievance because on my last Grievance you now have evidence from my X-Ray that at least 1 of 4 injuries occured that day. So If I have a torn ACL, Cartlise, or Ligament, I would just have to deal with it huh!

Response T. Eberhert

You have been evaluted and treated. The Doctor has reviewed your X-Rays and their is nothing unusual seen

Grievance 5 TK# TK-YFQW3RL7UIMF

I was told that Kite's cannot be ignored. I wrote Mrs. Terry 2 kite's and sent the MHMR couselor to see her, to tell her I needed to speak with her and haven't gotten any response and it's been over 5 weeks. Maybe she is ignoring me because it didn't make sense for Nurse Emily to not let EMS come get me ~~when~~ when I had my slip and Fall Maybe Nurse Emily and Corp. Dias was out of Line trying to move A Body on A Slip and Fall before Paramedic's got there. Just maybe it made no sense that Nurse Emily ordered me A Ice Pack for the Knot and Swelling in the back of my Head, but cancelled E.M.S. Mrs Terry also probably can't explain why to this day 11/30/22 from 10/18/22 No one in Medical has examined my Neck or Back. And God Forbid, Medical try explaining why the X-Ray Technician

Said my left Knee was Fine, but "Something Funky is going on in your right Knee"! He showed me the picture of both Knee's and the left was Blank, but it was A Pecan shape like object next to my Right Knee.

Reginald Turner
11588-2
300 So Jackson
Waxahachie Tx 75165








RECEIVED
JAN - 9 2023

RECEIVED
JAN - 9 2023

The United States District Court
Northern Division
Office of the Clerk
1100 Commerce St Rm 1452
Dallas TX 75242