IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINALD TURNER, § | | |
| ID # 115822, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:23-CV-57-K-BW | |
| § | | |
| WELLPATH MED. CO., et al., § | | |
| Defendants. § | | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This civil action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g). Plaintiff may not re-file this action, or any other civil action to which the Prison Litigation Reform Act applies, without prepaying the requisite filing fees or making a showing of imminent danger of serious physical injury.

2. The Clerk of the Court shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to Plaintiff.

**SO ORDERED.**

Signed October 27th, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE